UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
MALIBU MEDIA, LLC, :
: Civil Action No. 1:19-cv-04915-VEC
Plaintiff, :
:
vs. :
:
[REDACTED] :
:
Defendant. :
------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with [Redacted] ("Defendant") through its counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. The Defendant [Redacted] was assigned the IP Address 70.19.75.125. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant [Redacted] has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 17, 2020                    Respectfully Submitted,

                              By:    /s/ *Kevin T. Conway*
                                     Kevin T. Conway (KC-3347)
                                     80 Red Schoolhouse Road, Suite 110
                                     Spring Valley, NY 10977
                                     T: (845) 352-0206
                                     F: (845) 352-0481
                                     Email: ktcmalibu@gmail.com
                                     *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on March 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By: /s/ Kevin T. Conway, Esq.
                                                  Kevin T. Conway, Esq.

cc:    Via e-mail:
        Antonelli Law Firm
        Attorneys for Defendant